```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LLOYD A. GELWAN,<br>　　　　Plaintiff<br>　v.<br>VERMONT MUTUAL<br>INSURANCE COMPANY,<br>　　　　Defendant. | CIVIL ACTION NO:<br>06-CV-2492 (LMM)<br><br>**STIPULATION ᴌ ORDER** |

It is hereby STIPULATED by and between the parties through their counsel that, subject to the approval of the Court, the time within which plaintiff Lloyd A. Gelwan may file and serve a post-trial reply memorandum of law and an answer to Vermont Mutual's Motion to Strike Plaintiff's Post-Trial Declaration shall be extended through and including June 29, 2011.

It is hereby FURTHER AGREED that this stipulation may be executed in email or facsimile and separate counterparts, each of which shall be considered an original but all of which, taken together, shall constitute one and the same instrument.

_/s/ Matthew W. Perkins_
Matthew W. Perkins
Lecomte, Emanuelson & Doyle
Batterymarch Park II
Quincy, MA 02169
(617) 328-1900

Attorneys for Defendant

Dated: June 29, 2011

_/s/ Lloyd A. Gelwan_
Lloyd A. Gelwan
Law Offices of Lloyd A. Gelwan
79 West 12th Street, Suite 4-A
New York, NY 10011
(212) 458-7640

Plaintiff *Pro Se*

Dated: June 29, 2011

SO ORDERED: _____
　　　　　　　　Honorable Lawrence M. McKenna, U.S.D.J.